IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> A PARENT MEDIA CO. INC. and A PARENT MEDIA CO. USA, INC., <br><br> Defendants. | C.A. No. 23-1000-GBW |

### [PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Before the Court is the Notice of Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice") filed by Plaintiffs DISH Technologies L.L.C and Sling TV L.L.C. (collectively, "Plaintiffs"). Pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action against Defendants A Parent Media Co. Inc. and A Parent Media Co. USA, Inc. in the above-captioned case are DISMISSED WITHOUT PREJUDICE. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of the Court is directed to CLOSE the above-captioned case.

**IT IS SO ORDERED.**

Dated: April 29, 2024

_____
United States District Judge

{02010818;v1 }          3